UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Dolores Ahlberg,

    Plaintiff,

vs.                                    Case No. 3:05-cv-803-J-32MCR

Securitas Security Systems USA, Inc.,

    Defendant.
_____/

## **REPORT AND RECOMMENDATION**[1]

**THIS CAUSE** is before the Court on Defendant's Motion to Compel and Schedule a Status Conference (Doc. 18) filed May 17, 2006. On May 18, 2006, the Court entered an Order directing Plaintiff to file a written response to the Motion no later than June 9, 2006. (Doc. 19). Plaintiff was warned that "[f]ailure of Plaintiff to do so shall result in the undersigned issuing a report and recommendation to dismiss Plaintiff's case." Id. Plaintiff failed to respond. This is yet another example of Plaintiff's failure to participate in the litigation of her case.

On March 16, 2006, Plaintiff's attorney filed a motion to withdraw claiming that Plaintiff failed to contact her attorney to assist in the completion of discovery. (Doc. 11). Additionally, on March 23, 2006, the Court directed Plaintiff to notify the Court in writing

---

[1] Any party may file and serve specific, written objections hereto within TEN (10) DAYS after service of this Report and Recommendation. Failure to do so shall bar the party from a de novo determination by a district judge of an issue covered herein and from attacking factual findings on appeal. See 28 U.S.C. §636(b)(1); Fed.R.Civ.P. 72(a), 6(a) and (e); Local Rules 6.02(a) and 4.20, United States District Court for the Middle District of Florida.

no later than April 14, 2006, whether she intended to employ new counsel or represent herself. (Doc. 14). Plaintiff did not respond to this Order.

Accordingly, it is respectfully

**RECOMMENDED**:

Plaintiff's Complaint be dismissed for failure to prosecute.

**DONE AND ENTERED** in Chambers in Jacksonville, Florida this  14th  day of June, 2006.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Hon. Timothy J. Corrigan,
  United States District Judge

*Pro Se* Plaintiff

Counsel of Record